| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Wilson, Stephen V. | 2. Court or Organization U.S. District Court | 3. Date of Report 05/11/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge | 5a. Report Type (check appropriate type)<br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period 01/01/2010 to 12/31/2010 |
| 7. Chambers or Office Address U.S. District Court 312 N. Spring Street, Room 217J Los Angeles, CA 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Wilson, Stephen V.**

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✓ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✓ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✓ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 05/11/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. North Fork Bank | mortgage - real estate (Capri) | P2 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. El Dorado - Real Estate-Partner | D | Dividend | O | W | | | | | |
| 2. Harbor City Mobile Park - Partner | D | Dividend | M | W | | | | | |
| 3. Sandpiper LTD - | D | Dividend | M | W | | | | | |
| 4. Capital - Partner | C | Dividend | M | W | | | | | |
| 5. Capri - NY | G | Rent | P2 | W | | | | | |
| 6. Malibu (NY) | E | Rent | P1 | W | | | | | |
| 7. BONDS: | | | | | | | | | |
| 8. State of Israel Bond | B | Interest | | | Redeemed | 02/01/10 | K | | |
| 9. City Natl Bank Ckg Acct | | None | J | T | | | | | *see explanation |
| 10. City Natl Bank Ckg Acct #2 | | None | K | T | | | | | *see explanation |
| 11. BROKERAGE ACCT #1 | | | | | | | | | |
| 12. UB Highmark Div. MM | | None | L | T | | | | | |
| 13. CA St GO | | None | M | T | | | | | |
| 14. LA CA Uni Scl Dist | | None | L | T | | | | | |
| 15. Alameda Cnty Pension Plan | | None | M | T | | | | | |
| 16. Baldwin Park CA Uni Schl Dist | | None | L | T | | | | | |
| 17. CA St. Rev Antics NTS | | None | | | Redeemed | 06/23/10 | O | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CA ST RANS | | None | O | T | Buy | 11/23/10 | O | | |
| 19. BROKERAGE ACCT #2 | | | | | | | | | |
| 20. MSSB MM Funds | | None | O | T | | | | | |
| 21. Fed Natl Mtg. Assoc | | None | | | Redeemed | 08/13/10 | M | | |
| 22. FHLMC | | None | | | Redeemed | 06/15/10 | L | | |
| 23. GNMA | | None | L | T | Redeemed (part) | 12/20/10 | L | | |
| 24. BROKERAGE ACCT #3 | | | | | | | | | |
| 25. IRA - Charter Prime MM Fund | | None | P1 | T | | | | | |
| 26. CNI Gov't MM | | None | P1 | T | | | | | |
| 27. CA ST Bonds | | None | M | T | | | | | |
| 28. Ally Bk Midvale Utah CD | | None | | | Redeemed | 08/20/10 | M | | |
| 29. Bank America Char NC CD | | None | | | Redeemed | 08/19/10 | M | | |
| 30. Standard Bk & Tr Co IL CD | | None | | | Redeemed | 08/19/10 | M | | |
| 31. Midfirst Bk Okla City CD | | None | | | Redeemed | 11/12/10 | M | | |
| 32. CA ST GO Bonds | | None | L | T | | | | | |
| 33. US Treas Bill | | None | O | T | Buy | 08/20/10 | O | | |
| 34. BROKERAGE ACCT #4 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000.001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  CA ST RFDG | | None | L | T | | | | | |
| 36.  CA ST Var Purp | | None | L | T | | | | | |
| 37.  CA ST RFDG | | None | L | T | | | | | |
| 38.  CA ST Var Purp | | None | L | T | | | | | |
| 39.  CA ST | | None | L | T | | | | | |
| 40.  CA GO | | None | L | T | | | | | |
| 41.  CA ST Economic Rec Ser | | None | M | T | | | | | |
| 42.  CA St Var Purp | | None | K | T | | | | | |
| 43.  CA St Antic | | None | | | Redeemed | 06/23/10 | M | | |
| 44.  RMA Fund Inc | | None | K | T | | | K | | |
| 45.  CA ST | | None | M | T | Buy | 11/19/10 | M | | |
| 46.  BROKERAGE ACCT #5 | | | | | | | | | |
| 47.  CA ST GO | | None | N | T | | | | | |
| 48.  JP Morgan Dep Acct | | None | M | T | | | | | *see explanation |
| 49.  State of CA | | None | M | T | | | | | |
| 50.  Puerto Rico Comwlth | | None | | | Redeemed | 10/01/10 | L | | |
| 51.  Bank Baroda NY | | None | | | Redeemed | 03/11/10 | J | | |

1. Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
   (See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
   (See Column C2)     U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. CA St Rev Antics CS NTS | | None | | | Redeemed | 06/23/10 | J | | |
| 53. CA ST RFDG | | None | L | T | | | | | *see explanation |
| 54. US Treas Nts | | None | M | T | | | | | *see explanation |
| 55. CA ST | | None | L | T | | | | | *see explanation |
| 56. Top Ships Inc | | None | K | T | | | | | *see explanation |
| 57. BROKERAGE ACCT #6 | | | | | | | | | |
| 58. Centennial CA - name changed to AGE Bk Sept.08 | | None | J | T | | | | | |
| 59. CA ST RFDG | | None | L | T | | | | | |
| 60. CA ST Var Purp | | None | M | T | | | | | |
| 61. CA ST Var Purp | | None | M | T | | | | | |
| 62. CA ST FGIC | | None | L | T | | | | | |
| 63. Oakland CA Ser | | None | | | Redeemed | 09/07/10 | K | | |
| 64. Central CA JT | | None | K | T | | | | | |
| 65. Fedl Hm Ln Bk | | None | K | T | | | | | |
| 66. US Treas | | None | K | T | | | | | |
| 67. CA ST | | None | L | T | | | | | |
| 68. CA ST Var Purp | | None | K | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50.000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000.000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Fremont CA CTF | | None | K | T | | | | | |
| 70. CA ST RFDG | | None | L | T | Buy (add'l) | 03/01/10 | L | | *see explanation |
| 71. University CA RVS | | None | K | T | | | | | |
| 72. Las Virgenes CA Uni Schl | | None | K | T | | | | | |
| 73. CA ST | | None | K | T | | | | | |
| 74. CA ST | | None | K | T | | | | | |
| 75. LA CA Dept Water | | None | K | T | | | | | |
| 76. CA ST | | None | M | T | | | | | |
| 77. CA ST Var Purp | | None | M | T | | | | | |
| 78. CA ST RFDG BE | | None | L | T | | | | | |
| 79. CA ST RFDG BE | | None | K | T | | | | | |
| 80. ABC CA Unified SD | | None | K | T | | | | | |
| 81. CA ST UNREF Bal-Ref | | None | K | T | Buy (add'l) | 03/09/10 | K | | |
| 82. " " " | | | K | T | Buy (add'l) | 06/17/10 | K | | |
| 83. CA ST Water Res Dev-Ser | | None | K | T | | | | | |
| 84. CA ST Rev Antic NTS | | None | | | Redeemed | 05/25/10 | L | | |
| 85. CA ST | | None | L | T | Buy | 02/02/10 | L | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Sacramento CA City | | None | K | T | Buy | 05/17/10 | K | | |
| 87. " " " | | | L | T | Buy (add'l) | 09/22/10 | L | | |
| 88. Los Rios CA Cmnty | | None | K | T | Buy | 11/10/10 | K | | |
| 89. Los Rios CA Cmnty | | None | K | T | Buy | 11/18/10 | K | | |
| 90. CA ST | | None | K | T | | | | | * see explanation |
| 91. CA ST GO | | None | K | T | Buy (add'l) | 01/07/10 | K | | * see explanation |
| 92. BROKERAGE ACCT #7 | | | | | | | | | |
| 93. Citibank Bk Dep Program | | None | J | T | | | | | |
| 94. CA ST | | None | L | T | | | | | |
| 95. CA ST Var Purp | | None | K | T | | | | | |
| 96. CA CT Var Purp | | None | L | T | | | | | |
| 97. CA ST Var Purp | | None | L | T | | | | | |
| 98. CA ST | | None | M | T | | | | | |
| 99. CA ST Var Purp | | None | O | T | | | | | |
| 100. CA ST | | None | M | T | | | | | |
| 101. CA ST Var Purp | | None | M | T | | | | | |
| 102. CA ST REV ANTIC | | None | | | Redeemed | 05/25/10 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. CA ST REV ANTIC | | None | | | Redeemed | 06/23/10 | M | | |
| 104. CA ST | | None | N | T | Buy | 11/19/10 | N | | |
| 105. BROKERAGE ACCT #8 | | | | | | | | | |
| 106. ML Short Term Global Income Black Rock IRRA | | None | L | T | | | | | |
| 107. NY ST Pwr Auth Rev Gen Purp R | | None | | | Redeemed | 01/04/10 | K | | |
| 108. Mutual Fund - Muni Inv Trust | | None | M | T | | | | | ! |
| 109. CA ST | | None | J | T | | | | | |
| 110. CA ST | | None | L | T | | | | | |
| 111. CA ST | | None | L | T | | | | | |
| 112. CA ST | | None | K | T | | | | | |
| 113. LA CA | | None | K | T | | | | | |
| 114. CA ST | | None | K | T | | | | | |
| 115. ML Bank USA RASP CMA Fund | | None | O | T | | | | | |
| 116. Capmark Bank Midvale CD | | None | L | T | | | | | |
| 117. Sallie Mae Bank, M. Utah | | None | L | T | | | | | |
| 118. CA ST Rev Antic NTS | | None | | | Redeemed | 06/23/10 | M | | |
| 119. BROKERAGE ACCT #9 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemptin) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  CW Genl Govt Mny Mkt CIB | | None | O | T | | | | | |
| 121.  CA ST Economic | | None | | | Redeemed | 01/04/10 | M | | |
| 122.  CA ST | | None | L | T | | | | | |
| 123.  CA ST REV | | None | | | Redeemed | 06/23/10 | N | | |
| 124.  US T Bill | | None | N | T | Buy | 02/26/10 | N | | |
| 125.  " " " | | None | | | Redeemed | 08/26/10 | N | | |
| 126.  BROKERAGE ACCT #10 | | | | | | | | | |
| 127.  MM Funds - RBC | | None | L | T | | | | | |
| 128.  State of CA GO | | None | L | T | | | | | |
| 129.  State of CA GO | | None | L | T | | | | | |
| 130.  State of CA GO | | None | L | T | | | | | |
| 131.  CA ST GO | | None | K | T | | | | | |
| 132.  CA ST Rev Antics NTS | | None | | | Redeemed | 06/23/10 | O | | |
| 133.  State of CA Rev Antics NTS | | None | O | T | Buy | 11/19/10 | O | | |
| 134.  BROKERAGE ACCT #11 | | | | | | | | | |
| 135.  Pennsylvania ST | | None | M | T | Redeemed (part) | 01/08/10 | M | | |
| 136.  " " | | | M | T | Redeemed (part) | 05/10/10 | M | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. ITT Corp | | None | K | T | | | | | |
| 138. Genl Mtrs | | None | K | T | | | | | |
| 139. FT Enhance Eqty | | None | J | T | | | | | |
| 140. General | | None | K | T | | | | | |
| 141. So. CA | | None | | | Redeemed | 10/21/10 | K | | |
| 142. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 05/11/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 9: Have not reported this account previously  This account was opened in 2003

Line 10: Have not reported this account previously.

Line 47  Name changed from BS Fed Fund to JP Morgan Dep. Acct.  previously under brokerage acct #12  transferred to brokerage acct # 5

Line 52-55  This was previously listed under brokerage acct #12 -- all funds transferred from brokerage account #12 to brokerage acct #5

Line 69 -- CA State RFDG: in last year's report listed this separately on lines 88/99/ 108.  -- this should be listed as one account with partial selling/buying.

Line 89 :  should have been on last year's report -- was on prior report(2008)

Line 90:  should have been on last year's report. In Jan. 2010 bought additional.

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 05/11/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Stephen V. Wilson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544